FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ONTONIEL CARRILLO-LARAA, <br><br> Defendant. | CASE NO. CV07-3830-R <br> CR04-632-R <br><br> ORDER |

Defendant Ontoniel Carrillo-Laraa moves to vacate the sentence imposed on September 12, 2005 claiming ineffective assistance of counsel because his lawyer did not advise the court that 2 of his 19 prior convictions did not qualify him as a career offender.

The record belies his claim. He makes no other claims.

The motion is denied.

DATED: July 2, 2007

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE